UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:25-cr-105-JSS-NWH

JONATHAN M YASKO

### GOVERNMENT'S SENTENCING MEMORANDUM

COMES NOW the United States of America, by and through its representative, the undersigned Assistant United States Attorney, and files with this Court, the following Sentencing Memorandum in anticipation of the sentencing hearing in the instant case scheduled for January 29, 2026. (Doc. 52). The United States submits as follows:

1. On April 18, 2025, the United States filed a Criminal Information charging the defendant with one count of Wire Fraud in violation of 18 U.S.C. § 1343. (Doc. 1).

2. On May 22, 2025, the defendant appeared before the Court and entered a guilty plea to the count 1 in the Criminal Information pursuant to a plea agreement with the United States. (Doc. 22).

3. The Presentence Investigation Report ("PSR") in this case has calculated that the range of imprisonment that the defendant now faces in this case is 27-33 months, determining that his final adjusted offense level is 18 at a Criminal History Category I.

4.	The United States does not anticipate opposing any request by the defendant for a three-level downward adjustment for his acceptance of responsibility. The United States has not become aware of any adverse information that would prevent it from doing so.

5.	The United States is not now aware of any objections by the defendant to that report that are likely to have any impact upon Probation's Guideline calculations. The United States thus urges the Court to adopt the report of its Probation Office and adopt its calculations as its own.

6.	The United States will urge this Court to sentence the defendant to a term of 33 months and will further explain its recommendation at sentencing.

    Respectfully submitted,

    GREGORY W. KEHOE
    United States Attorney

By:   /s/ Christopher Poor
    Christopher Poor
    Assistant United States Attorney
    United States Attorney No. 152
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602-4798
    Telephone:   (813) 274-6000
    Facsimile:    (813) 274-6358
    E-mail: Christopher.poor@usdoj.gov

U.S. v. JONATHAN M. YASKO         Case No. 6:25-cr-105-JSS-NWH

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Andrew M. Chmelir, Esq.

*/s/ Christopher Poor*
Christopher Poor
Assistant United States Attorney